IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK MORRIS
ADC #156949                                                                                         PLAINTIFF

v.                                  No. 1:15-cv-17-DPM-JTR

BENNY NETTLES, Principal, Grimes Unit;
and TRACEY DOWELL, Assistant Principal,
Grimes Unit                                                                                        DEFENDANTS

ORDER

Unopposed recommendation, № 23, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Dowell's motion for summary judgment, № 17, is granted. Moriss's claims against her are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 26 October 2015