IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARK MORRIS
ADC #156949                                                                    PLAINTIFF

v.                         No. 1:15-cv-17- DPM

BENNY NETTLES, Principal, Grimes Unit;
TRACEY DOWELL, Assistant Principal, Grimes
Unit; and GRIMES CORRECTIONAL
UNIT, Arkansas Department of Correction                          DEFENDANTS

## JUDGMENT

1. Morris's claims against the Grimes Unit are dismissed with prejudice.

2. Morris's First Amendment and Equal Protection claims are dismissed without prejudice.

3. Morris's claims against Dowell are dismissed without prejudice.

4. Morris's Eighth Amendment claim against Nettles is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2016